# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| VOLVO TRADEMARK HOLDING AB, et al. ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | 1:09cv01247 (AJT/IDD) |
| ) | |
| VOLVOSPARES.COM ) | |
|     Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on April 1, 2010, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiffs Volvo Trademark Holding AB, et al. and against Defendant Volvospares.com. It is ordered that the domain name volvospares.com be, and same hereby is, cancelled, forfeited, and transferred to Plaintiffs pursuant to 15 U.S.C. § 1125(d)(2).

| | |
|---|---|
| April 1, 2010 | FERNANDO GALINDO |
| Date | Clerk |
| | |
| | /s/ Kristina Brown |
| | (By) Deputy Clerk |